IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURETEC INSURANCE CO.,

    Plaintiff,   No. CIV S-11-2813 KJM-DAD

    vs.

BRC CONSTRUCTION, INC.; et al.,   <u>ORDER</u>

    Defendants.

_____/

    The clerk of the court has entered default against both defendants in the above-captioned matter – on January 24, 2012, against defendant BRC Construction, Inc., and on May 9, 2012, against Barry Dean Patrick. Plaintiff has taken no action in this matter since filing its request for entry of default as to Barry Dean Patrick on May 8, 2012.

    Plaintiff is hereby ordered to show cause, within fourteen (14) days of the entry of this order, why the above-captioned matter should not be dismissed for failure to prosecute. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991); Local Rule 110.

    IT IS SO ORDERED.

DATED: July 27, 2012.

                                  UNITED STATES DISTRICT JUDGE

1