UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SURETEC INSURANCE CO.,                                    DEFAULT JUDGMENT

    v.
                                                        Case No. 2:11-cv-2813-KJM-DAD

BRC CONSTRUCTION, INC., et al.

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $413,255.56 against defendants:

       BRC Construction, Inc.,  Barry Dean Patrick

July 30, 2012

                                                            VICTORIA C. MINOR, CLERK


                                                            By:     /s/ K. Zignago
                                                            Kimberly Zignago, Deputy Clerk