IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE CO., | )<br>) |
| Plaintiff, | )  No. CIV S-11-2813 KJM DAD<br>) |
| v. | ) |
| BRC CONSTRUCTION, et al., | )  ORDER<br>) |
| Defendants. | ) |
| _____ | ) |

        This case was on calendar on September 28, 2012 for a hearing on plaintiff's unopposed motion for attorney's fees.  For the reasons stated below, this motion is DENIED.

        In a complaint filed October 24, 2011, plaintiff alleged that it issued a surety bond to defendants in connection with various construction projects; that under the General Agreement of Indemnity, defendants agreed to indemnify plaintiff for losses, including attorney's fees incurred by reason of defendants' failure to comply with the terms of the indemnity agreement; that defendant BRC was unable to complete the bonded projects without plaintiff's assistance; and that plaintiff incurred losses as the result of providing financial assistance.  The complaint included causes of action for breach of contract, quia timet, specific performance, declaratory relief, and statutory reimbursement.  ECF No. 1.

/////

Suretec secured the entry of default against both defendants.  ECF Nos. 7, 9, 16 17.  On July 26, 2012, it filed an application for the entry of default judgment by the clerk under Rule 55(b)(1) of the Federal Rules of Civil Procedure.  ECF No. 20.  Plaintiff alleged that it sought judgment for a sum certain owed to it as the result of a contract claim and this sum was $505,147.77, which was the total of "paid claims, consultant fees, and attorneys' fees and costs" incurred in connection with plaintiff's undertaking on the bonds.  ECF No. 22-1 ¶ 16.  In the proposed order, plaintiff asked for judgment in the amount of $505,984.67, which was comprised of $413,255.56 in money damages and $92,729.11 in attorneys' fees and expenses.  ECF No. 22-4 ¶ 1.  The Clerk declined to enter a default judgment as to the attorneys' fees, directing plaintiff to file an application and motion for fees, but did enter judgment in the amount of $413,255.56 against defendants.  ECF Nos. 21, 23.

On August 1, 2012, plaintiff filed the instant motion for attorneys' fees, seeking an award of $92,729.11 in fees and costs incurred in connection with its actions stemming from its undertaking under the bonds; it does not appear to seek fees for pursuing this action.  Because the fees plaintiffs seeks in this motion are part of the damages it sought in connection with the complaint, these should be brought in a request for a default judgment.  FED. R. CIV. P. 55(b)(2); L.R. 302(c)(19).

IT IS THEREFORE ORDERED that plaintiff's motion for attorneys' fees (ECF No. 24) is denied without prejudice.

DATED:  October 19, 2012.

_____
UNITED STATES DISTRICT JUDGE