UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRC CONSTRUCTION, INC., et al.,<br><br>Defendants. | No. 2:11-cv-2813 KJM AC<br><br><br>ORDER TO SHOW CAUSE |

On January On October 24, 2011 Suretec Insurance Company ("plaintiff" or "Suretec") filed suit against BRC Construction ("BRC") and Barry Dean Patrick ("Patrick") asserting four causes of action stemming from the breach of an indemnity agreement: (1) breach of contract; (2) quia timet; (3) specific performance of indemnity; and (4) declaratory relief. ECF No. 1.

On January 24, 2012, the clerk entered default against BRC on plaintiff's request. ECF Nos. 7-9.

On March 7, 2012, the court granted plaintiff's request to serve Patrick by publication and to extend the time to complete service. ECF Nos. 10-11, 14.

On May 8, 2012, plaintiff filed a request for an entry of default as to Patrick and the clerk entered the default the following day. ECF Nos. 16-17.

1  On July 26, 2012, plaintiff filed an application for the clerk's entry of default
2 judgment against defendants. ECF No. 20. The clerk declined, as the application included a
3 request for attorneys' fees, and informed counsel to file a new application and a separate motion
4 for attorneys' fees. ECF Nos. 20, 21.

5  On July 27, 2012, plaintiff filed an application for the clerk to enter a default
6 judgment in the amount of $413,255.56; the clerk entered the judgment on July 30, 2012. ECF
7 Nos. 22-23.

8  Thereafter plaintiff filed a motion for attorneys' fees, which the court denied
9 without prejudice, stating the request for fees should have been included with a motion for a
10 default judgment. ECF Nos. 24, 27.

11  Plaintiff filed a motion for default judgment on May 3, 2013. ECF No. 31. On
12 June 13, 2013, the magistrate judge recommended that the default judgment be modified to award
13 plaintiff $413,255.56 in damages and $92,729.11 in attorney's fees and costs. ECF No. 36.

14  On August 30, 2013, this court declined to adopt the findings and
15 recommendations but permitted counsel to provide supplemental justification for the request for
16 fees and costs. ECF No. 37.

17  On September 18, 2013, plaintiff submitted additional information, claiming fees
18 from 2009 through 2013, supported by over a hundred pages of billing records. ECF No. 38.

19  On November 27, 2013, the court rejected plaintiff's request for fees and denied
20 the amended motion for default judgment without prejudice. ECF No. 39.

21  Plaintiff has taken no further action on this case.

22  Accordingly, plaintiff is hereby ordered to show cause within fourteen days of this
23 order why this case should not be dismissed for failure to prosecute. Failure to respond to this
24 order will result in an order dismissing the case.

25  IT IS SO ORDERED.

26 DATED: May 7, 2014.

            UNITED STATES DISTRICT JUDGE