UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Sure Tec Insurance Company**

    v.

**BBC Construction, Inc., et al,**

_____

**DEFAULT JUDGMENT**

Case No.  2:11-CV-2813 KJM AC

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants in the amount of $413,255.56:

      **BBC Construction, Inc., and Berry Dean Patrick**

December 16, 2014

      VICTORIA C. MINOR, CLERK

      By: /s/ L. Reader, Deputy Clerk