UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Sure Tec Insurance Company

    v.

BRC Construction, Inc., et al,

DEFAULT JUDGMENT

Case No.  2:11-CV-2813 KJM AC

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants in the amount of $413,255.56:

    BRC Construction, Inc., and Barry Dean Patrick

June 4, 2015

MARIANNE MATHERLY, CLERK

By: /s/ L. Reader, Deputy Clerk